NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DSS TECHNOLOGY MANAGEMENT, INC.,**
*Plaintiff-Appellant*

**v.**

**APPLE INC.,**
*Defendant-Appellee*

---

2020-1570

---

Appeal from the United States District Court for the Northern District of California in No. 4:14-cv-05330-HSG, Judge Haywood S. Gilliam Jr.

---

## JUDGMENT

---

ERIC WILLIAM BUETHER, Buether Joe & Counselors, LLC, Dallas, TX, argued for plaintiff-appellant.

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper LLP (US), San Diego, CA, argued for defendant-appellee.  Also represented by MARK D. FOWLER, CLAYTON W. THOMPSON, II, YAKOV ZOLOTOREV, East Palo Alto, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, CHEN and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 30, 2021                 /s/ Peter R. Marksteiner
    Date                         Peter R. Marksteiner
                                 Clerk of Court